JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA MICHELLE PLEITEZ TREJO,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN et al.,<br>Respondent. | Case No. 5:26-cv-03332-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** immediately release Petitioner **Andrea Michelle Pleitez Trejo (A# 249-493-122)** and return all of Petitioner's belongings including any identification or work authorization documents. Respondents are **ORDERED** not to arrest or re-detain Petitioner under § 1225 or § 1226 without a pre-deprivation notice of at least ten (10) days before a pre-deprivation hearing, at which time the Government shall bear the burden of justifying by clear and convincing evidence that Petitioner poses a flight risk or danger to the community if not detained.

Dated: July 24, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge